EN EL TRIBUNAL SUPREMO DE PUERTO RICO

|  | 2003 TSPR 96 |
|---|---|
| In re: Eduardo Ortiz Delgado Magda Rosa Ríos | 159 DPR _____ |

Número del Caso: 3386
            7868 Cons.


Fecha: 29 de mayo de 2003


Colegio de Abogados de Puerto Rico:
                    Lcdo. José M. Montalvo Trías
                    Director Ejecutivo


Materia: Conducta Profesional
        (La suspensión es efectiva a partir del 2 de junio
        de 2003, fecha en que se le notificó al abogado de su
        suspensión inmediata.)

        Este documento constituye un documento oficial del Tribunal
        Supremo que está sujeto a los cambios y correcciones del
        proceso de compilación y publicación oficial de las decisiones
        del Tribunal. Su distribución electrónica se hace como un
        servicio público a la comunidad.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

| | |
|---|---|
| IN RE: | Querella sobre suspensión del ejercicio de la abogacía |
| Eduardo Ortiz Delgado | 3386 |
| Magda Rosa Ríos | 7868 |
| | Cons. |

PER CURIAM

San Juan, Puerto Rico, a 29 de mayo de 2003.

Mediante Resoluciones (3386 y 7868) concedimos un término de veinte (20) días a los abogados querellados de epígrafe para que mostraran causa por la cual no debían ser suspendidos del ejercicio de la abogacía por no haber satisfecho el pago de la cuota de colegiación al Colegio de Abogados de Puerto Rico. En dichas Resoluciones los abogados fueron apercibidos de que su incumplimiento con la orden de este Tribunal podría conllevar su suspensión automática del ejercicio de la abogacía.

Dichas Resoluciones fueron notificadas por correo a la dirección de récord de los abogados querellados.

Transcurrido el término concedido a los querellados sin haber recibido su contestación, procedemos a resolver según intimado.

Por versar las Resoluciones 3386 y 7868 sobre el mismo asunto, falta de pago de la cuota de colegiación, para propósitos decisorios se consolidan.

Tomando en consideración la renuencia injustificada a satisfacer el pago de la cuota de colegiación, In re: Morales, Rubín, 139 D.P.R. 44 (1995); In re: Serrallés III, supra; Colegio de Abogados v. Schneider, 117 D.P.R. 504 (1986); y la indiferencia en responder a las órdenes de este Tribunal, lo cual de por sí conlleva la imposición de sanciones disciplinarias severas, In re: Colón Torres, 129 D.P.R. 490 (1991); In re: Pérez Benabé, 133 D.P.R. 361 (1933); In re: Ribas Dominici, 131 D.P.R. 491 (1992); In re: Nicot Santana, 129 D.P.R. 717 (1992), se decreta la suspensión inmediata e indefinida, y hasta que otra cosa disponga este Tribunal, del ejercicio de la abogacía de los abogados de epígrafe.

El Tribunal, además, le impone a los querellados de epígrafe el deber de notificar a todos sus clientes de su presente inhabilidad de seguir representándolos, y les ordena devolver cualesquiera honorarios recibidos por trabajos no realizados. También deberán informar de su suspensión a los distintos foros judiciales y administrativos del país.

Los querellados deberán certificarnos en treinta (30) días, contados a partir de la notificación de esta Opinión Per Curiam, el cumplimiento con estos deberes, notificando también al Procurador General.

Se ordenará la notificación personal de esta Opinión Per Curiam y la sentencia a través de la Oficina del Alguacil de este Tribunal al abogado y a la abogada de epígrafe a la última dirección que aparezca en el expediente personal de éstos. En los casos cuyas direcciones sean fuera de Puerto Rico, se les notificará por correo con acuse de recibo a la última dirección que aparece en los expedientes personales y una vez remitida, se considerará notificado al abogado o abogada de su suspensión y la misma será efectiva a partir de esa fecha.

Se dictará la sentencia correspondiente.

EN EL TRIBUNAL SUPREMO DE PUERTO RICO

IN RE:                                                    Querella sobre
                                                          suspensión del
                                                          ejercicio de la
                                                          abogacía

Eduardo Ortiz Delgado                         3386
Magda Rosa Ríos                               7868
                                              Cons.

SENTENCIA

San Juan, Puerto Rico, a 29 de mayo de 2003.

Por las razones que se expresan en la opinión del Tribunal, la cual se hace formar parte integral de la presente Sentencia, se decreta la suspensión inmediata e indefinida del ejercicio de la abogacía de Eduardo Ortiz Delgado y Magda Rosa Ríos.

Los querellados notificarán a sus clientes que por motivo de la suspensión no pueden continuar con su representación legal y devolverán a éstos los expedientes de los casos pendientes y los honorarios recibidos por trabajos no realizados. Asimismo, informarán de su suspensión a cualquier Sala del Tribunal General de Justicia o a cualquier foro administrativo donde tenga algún caso pendiente. Por último, tienen la obligación de acreditar y certificar ante este Tribunal, en el término de treinta (30) días, que se cumplió con lo antes señalado.

Notifíquese personalmente a través de la Oficina del Alguacil de este Tribunal. En los casos cuyas direcciones sean fuera de Puerto Rico, se les notificará por correo con acuse de recibo a la última dirección que aparece en los expedientes personales y una vez remitida, se considerará notificado al abogado o abogada de su suspensión y la misma será efectiva a partir de esa fecha.

Así lo pronunció y manda el Tribunal y certifica la Secretaria del Tribunal Supremo. La Jueza Asociada señora Naviera de Rodón no intervino.


Patricia Otón Olivieri
Secretaria del Tribunal Supremo